# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| GILBERT SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:17-CV-178-ALM-KPJ |
| v. | § | JUDGE MAZZANT/JUDGE JOHNSON |
| | § | |
| ERICSSON INC. and CORPORATE | § | |
| EMPLOYMENT RESOURCES, INC. | § | |
| d/b/a CORESTAFF SERVICES | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, the matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 17, 2017, the report of the Magistrate Judge (Dkt. #21) was entered containing a recommendation that Plaintiff's Motion to Remand and Brief in Support (Dkt. #9) be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** Plaintiff's Motion to Remand and Brief in Support (Dkt. #9) is **GRANTED IN PART and DENIED IN PART**. Specifically, the Court **ORDERS** that Plaintiff's claim for retaliation under Texas Labor Code § 451.001 be severed and remanded to the District Court, 429th Judicial District, Collin County. The Court further **ORDERS** that all additional claims be retained, as the Court has jurisdiction over the Family and Medical Leave

1

Act claim pursuant to 28 U.S.C. § 1331, and supplemental jurisdiction over the premises liability/negligence claim pursuant to 28 U.S.C. § 1367.

**IT IS SO ORDERED**.
**SIGNED this 2nd day of June, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE